UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Kirhy Smith,

        Plaintiff,

vs.   Case No.  3:10-cv-578-J-32MCR

Rick Beseler et al.,

        Defendants.
_____/

# O R D E R

**THIS CAUSE** is before the Court on Defendant's Unopposed Motion to Excuse Personal Appearance from Mediation Conference (Doc. 13) filed March 17, 2011. Defendant requests the Court's permission to allow Defendant Danilo Matos to be excused from personally attending the Mediation Conference scheduled in this matter.

The defense of Defendant Matos is provided pursuant to a policy of self-insurance by the Florida Sheriffs Self-Insurance Fund issued to the Defendant, Rick Beseler, in his official capacity as Sheriff of Clay County.  Both Defendants are insured parties under the Sheriff of Clay County's self-insurance policy and are being provided a defense pursuant to the policy of self-insurance.  According to Defendant, counsel for Mr. Matos and Dan Condon, Administrator of Hunt Insurance Group as the third-party administrator for the Florida Sheriffs Self-Insurance Fund, will appear as the authorized representatives for Mr. Matos at the Mediation Conference.  Mr. Condon will have authority through the Sheriff's Self-Insurance Fund to resolve and settle any claims

against the Sheriff of Clay County and Mr. Matos.  Therefore, the parties agree that the appearance of Mr. Matos for resolution of the case is unnecessary.

Rule 9.050(c) of the Local Rules of the United States District Court, Middle District of Florida states that "unless otherwise excused by the presiding judge in writing, all parties…shall be present at the mediation conference with full authority to negotiate a settlement."  As counsel for both parties have agreed that the presence of Defendant Matos is unnecessary for an effective mediation, the Court finds the Motion is due to be granted.

Accordingly, after due consideration, it is

**ORDERED:**

Defendant's Unopposed Motion to Excuse Personal Appearance from Mediation Conference (Doc. 13) is **GRANTED.**

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  21st  day of March, 2011.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Any Unrepresented Party